DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIDGETT PARRIS,**
Appellant,

v.

**TEDDY PARRIS,**
Appellee.

No. 4D2025-2995

[February 25, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine Carbuccia, Judge; L.T. Case No. FMCE19008080.

Bridgett Parris, Fort Lauderdale, pro se.

Steven D. Miller of Steven D. Miller, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

LEVINE, CONNER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***